**No. 58352.**—Traders Service Corporation *v.* United States, protest 221373–K (New York).

Opinion by WILSON, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 58353.**—Air Clearance Ass'n, Inc. *v.* United States, protest 222351–K (New York).

Opinion by WILSON, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 58354.**—S. H. Pomerance Co., Inc. *v.* United States, protest 224282–K (New York).

Opinion by WILSON, J. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, SEPTEMBER 2, 1954

**No. 58355.**—F. L. Kraemer & Company and Burmeister & Wain American Corp. *v.* United States, protests 174035–K and 174845–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rough, unmachined castings of iron similar in all material respects to those the subject of *United States* v. *The Singer Manufacturing Company* (37 C. C. P. A. 104, C. A. D. 427), the claim of the plaintiffs was sustained.